```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CASTELAN,

                Plaintiff,

-against-

CA 2952 HOLDINGS LLC and BURLINGTON STORES INC.,

                Defendants.

25 Civ. 2909 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant Burlington Stores Inc. ("BSI") has filed a notice of removal in the above-captioned action. ECF No. 1. By **April 24, 2025**, Plaintiff shall file a notice of appearance and inform the Court whether she intends to contest removal. If so, the Court will set a briefing schedule. If not, the action will proceed in the ordinary course.

    By **April 17, 2025**, BSI shall serve a copy of this order on Plaintiff and file proof of such service on the docket.

    SO ORDERED.

Dated: April 10, 2025
       New York, New York

                                                ANALISA TORRES
                                     United States District Judge