UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA CASTELAN,

                Plaintiff,

-against-

CA 2952 HOLDINGS LLC and BURLINGTON STORES INC.,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/24/2025_

25 Civ. 2909 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **April 30, 2025**, Defendants shall respond to Plaintiff's pre-motion letter. ECF No. 8. If, upon reviewing Plaintiff's pre-motion letter and Defendants' response, the Court determines that further briefing is warranted, the Court shall direct Plaintiff to file her motion for remand and shall set a briefing schedule.

    SO ORDERED.

Dated: April 24, 2025
       New York, New York

                                                  ANALISA TORRES
                                         United States District Judge